**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JIMMY LUKE GILES,** : | |
| : | |
| Petitioner, : | |
| : | |
| vs. : | 5:04-CV-304 (CAR) |
| : | |
| **JAMES DONALD, Commissioner,** : | |
| : | |
| Respondent. : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to dismiss Petitioner's petition for a writ of habeas corpus for failure to respond to the Court's Order. Plaintiff did not file an objection to this Recommendation. Having considered the matter, this Court agrees with the Recommendation; it is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 24th day of June, 2005.

                                                  **s/ C. ASHLEY ROYAL**
                                                  C. ASHLEY ROYAL
                                                  UNITED STATES DISTRICT JUDGE

LTH/jec